IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GANETTE L. GRIMSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:10cv700-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered this date in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner denying

Child's Insurance Benefits be and is hereby REVERSED and that this case be and is

hereby REMANDED to the Commissioner for further proceedings consistent with the

Memorandum Opinion.

Done this 8th day of September, 2011.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE